**"Document Electronically Filed"**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, P.C.
570 BROAD STREET – SUITE 1402
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, P.C.,<br><br>        Petitioners,<br><br>    v.<br><br>LUCAS CONSTRUCTION GROUP, INC.<br><br>        Respondent. | HON.<br>CIVIL ACTION NO.:  25-1586<br><br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the petitioners will move before this court at the United States

Court House, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton,

New Jersey 08608 on April 7, 2025, at 10:00 o'clock in the forenoon or as soon thereafter as

counsel may be heard, for an Order confirming the Arbitration Award dated **January 30, 2025**.

Dated:  March 3, 2025            By: s/*Zachary Ramsfelder*
                    Zachary Ramsfelder
                    Attorney ID # 433672023
                    Zazzali, P.C.
                    570 Broad Street – Suite 1402
                    Newark, New Jersey 07102
                    Office: (973) 623-1822
                    Fax: (973) 623-2209
                    zramsfelder@zazzali-law.com