"Document Electronically Filed"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, P.C.
570 BROAD STREET – SUITE 1402
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, P.C., <br><br> Petitioners, <br> v. <br><br> LUCAS CONSTRUCTION GROUP, INC. <br><br> Respondent. | HON. MICHEAL A. SHIPP, U.S.D.J. <br> CIVIL ACTION NO.: 25-1586 <br><br><br><br> **DISCLOSURE STATEMENT** |

The undersigned counsel for Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds and Safety, Education and Training Funds, certifies that this party is an unincorporated association, and not a corporate entity, and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: March 7, 2025         By: *s/Zachary Ramsfelder*
                                                 Zachary Ramsfelder
                                                 Attorney ID # 433672023
                                                 Zazzali, P.C.
                                                 570 Broad Street – Suite 1402
                                                 Newark, New Jersey 07102
                                                 Office: (973) 623-1822
                                                 Fax: (973) 623-2209