# ZAZZALI P.C.
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| ANDREW F. ZAZZALI (1899-1969) | 570 BROAD STREET, SUITE 1402 | COUNSEL |
| | NEWARK, N.J. 07102 | KATHLEEN NAPRSTEK CERISANO |
| ANDREW F. ZAZZALI, JR. | Telephone: (973) 623-1822 | JASON E. SOKOLOWSKI |
| ROBERT A. FAGELLA** | Telecopier: (973) 623-2209 | DANIEL GEDDES‡‡ |
| RICHARD A. FRIEDMAN | | |
| EDWARD H. O'HARE* | | |
| COLIN M. LYNCH** | 150 West State Street | OF COUNSEL |
| RAYMOND M. BALDINO** | Trenton, New Jersey 08608 | JAMES R. ZAZZALI*** |
| ALBERT J. LEONARDO** | Telephone: (609) 392-8172 | PAUL A. MONTALBANO |
| SHEILA MURUGAN** | Telecopier: (609) 392-8933 | BRADY M. CONNAUGHTON** |
| ZACHARY RAMSFELDER** | | MATTHEW G. CONNAUGHTON** |
| WESLEY B. FRIEDMAN** | | |
| | www.zazzali-law.com | |
| | | *Also admitted Pennsylvania |
| | **Please Reply to Newark** | **Also admitted New York |
| | | ***Also admitted New York and DC |
| | | ‡‡Workers Compensation Law Attorney |

March 14, 2025

**"Document Electrically Filed"**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Fed. Bldg. & US Cthse
402 E. State Street -Room 5000
Trenton, NJ 08608

Re:   **Laborers' Local Union No. 472 & 172, et al.**
      **v. Lucas Construction Group, Inc. - Civil Action No.: 25-1586**

Dear Judge Shipp:

This firm is counsel to Laborers Local Union No. 472 & 172, et al, petitioners in connection with the above-referenced matter, an action to confirm Lucas Construction Group, Inc., arbitration award was filed with the Court. This is to advise the Court that respondent Lucas Construction Group, Inc., filed a petition with the Bankruptcy Court under Chapter 11 of the Bankruptcy Code. Accordingly, pursuant to the automatic stay provision of the Bankruptcy Code, petitioners' motion with respect to respondent Lucas Construction Group, Inc., should be stayed.

Thank you for your attention to this matter.

Respectfully submitted,

*s/ Zachary Ramsfelder*

Zachary Ramsfelder

ZR:if
cc:   Glenn Kenyon
      Lucas Construction Group, Inc./Attn: Lionel Lucas

2053